UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Nosiere COMPERE,

Petitioner,

v.

Markwayne MULLIN, et al.,

Respondents.

Case No.: 26-cv-5292-AGS-GC

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE**

Petitioner Nosiere Compere seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He asks that the Court order his "immediate release" from detention (ECF 1, at 3), and "the government does not oppose the petition" (ECF 4, at 2). The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner. All pending deadlines and hearings are vacated. The Clerk's Office must issue a judgment and close this case.

Dated: September 22, 2026

Hon. Andrew G. Schopler
United States District Judge